**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Michael Stackhouse aka All Divine Justice

Debtor

Chapter 13 No.    13-35563

Judge    Jack B. Schmetterer

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on August 9, 2018, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on August 9, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: CMSB.0077

**SERVICE LIST**

Michael Stackhouse aka All Divine Justice
1625 E. 84th St.
Chicago, IL 60617

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

John P Carlin
Suburban Legal Group PC
1305 Remmington Road; Suite C
Schaumburg, IL 60173